No. 83–6774.  SOONG *v.* HOFSTRA UNIVERSITY.  C. A. 2d Cir.;

No. 83–6828.  PEPPER *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CALIFORNIA, REAL PARTY IN INTEREST).  Ct. App. Cal., 2d App. Dist.; and

No. 83–6881.  BRADFORD *v.* BRADFORD.  Ct. App. D. C.  Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 22, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 84–150.  WISCONSIN ELECTIONS BOARD ET AL. *v.* REPUBLICAN PARTY OF WISCONSIN ET AL.  Appeal from D. C. E. D. Wis.  Motion of Rex R. Reed et ux. for leave to intervene denied.

No. 84–5029.  PALENO *v.* QUINN, INSURANCE COMMISSIONER OF CALIFORNIA.  Appeal from Ct. App. Cal., 1st App. Dist.; and

No. 84–5183.  MOORE *v.* DELAWARE.  Appeal from Sup. Ct. Del.  Motions of appellants for leave to proceed *in forma pauperis* denied.  Appellants are allowed until October 22, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit statements as to jurisdiction in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would dismiss the appeals for want of jurisdiction and, treating the papers whereon the appeals would be taken as petitions for writs of certiorari, we would deny certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 83–2056.  IN RE C. ITOH & CO. (AMERICA) INC.  C. A. 5th Cir.  Petition for writ of common-law certiorari denied.

No. 83–6893.  IN RE GREEN; and

No. 84–5023.  IN RE PALMER.  Petitions for writs of habeas corpus denied.